# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JEANINE P. MILLER  
207 S. GARDINER AVENUE  
ROCKFORD, IL  61104  

SSN-xxx-xx-0208

Case Number: 04-75280

Case filed on: 10/22/2004  
Plan Confirmed on: 1/7/2005  

D Dismissed

Total funds received and disbursed pursuant to the plan: $25,820.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY JEFFREY A BIVENS | 3,450.00 | 3,450.00 | 2,573.38 | 0.00 |
|  | Total Legal | 3,450.00 | 3,450.00 | 2,573.38 | 0.00 |
| 007 | SEEBER FOOT & ANKLE CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | BUCHALTER NEMER A PROFESSIONAL CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JEANINE P. MILLER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERIQUEST MORTGAGE COMPANY | 13,078.46 | 13,078.46 | 13,078.46 | 0.00 |
| 002 | WINNEBAGO COUNTY TREASURER | 2,931.75 | 2,597.28 | 2,597.28 | 469.60 |
|  | Total Secured | 16,010.21 | 15,675.74 | 15,675.74 | 469.60 |
| 003 | ALPINE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CONDELL MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 8,441.50 | 8,441.50 | 5,042.62 | 0.00 |
| 006 | MEDICAL DENTAL HOSPITAL BUREAU | 817.00 | 817.00 | 488.04 | 0.00 |
| 008 | SPRINT PCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | TOP SECRET ADVENTURES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | YMCA OF ROCK RIVER VALLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 9,258.50 | 9,258.50 | 5,530.66 | 0.00 |
|  | Grand Total: | 28,718.71 | 28,384.24 | 23,779.78 | 469.60 |

Total Paid Claimant:      $24,249.38  
Trustee Allowance:        $1,570.62  
Percent Paid Unsecured:       59.74  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008        By  /s/Heather M. Fagan